

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2018

No. 04-18-00407-CV

**TRINITY MESA REAL ESTATE SERVICES, LLC** and Matthew Coale,
Appellants

v.

**SERVICE LIFE & CASUALTY INSURANCE COMPANY**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-05243
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

The reporter's record is due July 18, 2018, but has not been filed. On June 21, 2018, the court reporter, Mary Helen Vargas, filed a notification of late record stating that she had notified counsel for appellants that she had received a copy of the notice of appeal and requested that counsel provide her with a designation of record so that she could provide him with an estimate of costs for preparation of the reporter's record. However, she has not yet received a response. She also noted that due to the failure to provide a designation, leading to her inability to provide an estimate for payment, she cannot prepare and file the record because appellants have not paid or made arrangements to pay the reporter's fee to prepare the record and they are not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b). We therefore ordered appellant's to provide written proof that: (1) they have provided court reporter Mary Helen Vargas with a designation of record for purposes of appeal; and (2) that either the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or appellants are entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b).

In response to our order, appellants filed a response. In the response the provided proof that a designation of record was filed and provided to the court reporter. They further stated they "send a check on June 25, 2018, for the deposit amount requested by the court reporter. Accordingly, we **ORDER** court reporter Mary Helen Vargas to file the reporter's record in this court **on or before July 30, 2018**.

We **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the district clerk.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court